**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Tzadik Sioux Falls I, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-4723016 |

| 4. | Debtor's address | **Principal place of business**<br><br>2450 Hollywood Blvd Ste 503<br>Hollywood, FL 33020<br>Number, Street, City, State & ZIP Code<br><br>Broward<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Various locations in Sioux Falls Sioux Falls, SD<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | _____ |
|---|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  Tzadik Sioux Falls I, LLC                                    Case number (*if known*)
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment                              Relationship _____
District _____ When _____ Case number, if known _____

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 2

Debtor  Tzadik Sioux Falls I, LLC _____    Case number (*if known*) _____
        Name

| 11. | Why is the case filed in this district? | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |    What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other |
| | | **Where is the property?** _____ |
| | |                      Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |          Contact name _____ |
| | |          Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor    Tzadik Sioux Falls I, LLC _____    Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/13/25
            MM / DD / YYYY

X  */s/ Adam Hendry*         Adam Hendry
   Signature of authorized representative of debtor    Printed name

Title   Authorized Agent

**18. Signature of attorney**

X  */s/ Morgan B. Edelboim*           Date  5/13/25
   Signature of attorney for debtor          MM / DD / YYYY

Morgan B. Edelboim
Printed name

Edelboim Lieberman PLLC
Firm name

2875 NE 191st Street, Penthouse One
Suite 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone  305-768-9909    Email address  morgan@elrolaw.com

FL  40955
Bar number and State

Debtor   Tzadik Sioux Falls I, LLC　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Affiliates are anticipated to be filed substantially simultaneously | | Relationship to you | | |
| District | | When | | Case number, if known | |
| Debtor | Garden Villas Apartments, LLC | | Relationship to you | | Affiliates |
| District | Southern District of Florida | When 4/9/25 | | Case number, if known | 25-13868-PDR |
| Debtor | TMG2, LLC | | Relationship to you | | Affiliates |
| District | Southern District of Florida | When 4/9/25 | | Case number, if known | 25-13867-PDR |
| Debtor | Tzadik Hidden Hills Apartments | | Relationship to you | | Affiliates |
| District | Southern District of Florida | When 4/10/25 | | Case number, if known | 25-13884-PDR |
| Debtor | Tzadik Rapid City Portfolio I, LLC | | Relationship to you | | Affiliates |
| District | Southern District of Florida | When 4/27/25 | | Case number, if known | 25-14655-PDR |
| Debtor | Tzadik Sioux Falls Portfolio I, LLC | | Relationship to you | | Affiliates |
| District | Souther District of Florida | When 4/9/25 | | Case number, if known | 25-13865-PDR |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tzadik Sioux Falls I, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/13/25           x  *Adam Hendry*
                                   Signature of individual signing on behalf of debtor

                                   Adam Hendry
                                   Printed name

                                   Authorized Agent
                                   Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tzadik Sioux Falls I, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 605 Painting, LLC 46960 100th St Tea, SD 57064 | | Trade debt | | | | $20,816.37 |
| ANC Cleaning LLC 801 S. Beta Pl Sioux Falls, SD 57106 | | Trade debt | | | | $8,850.11 |
| Breit & Boomsma, P.C. 606 E. Tan Tara Circle Sioux Falls, SD 57108 | | Business Operations | | | | $61,917.32 |
| Brooks Construction Services, Inc 27081 Sundowner Ave Sioux Falls, SD 57106 | | Trade debt | | | | $7,851.03 |
| Conservice LLC P.O. BOX 1500 Hemet, CA 92546 | | Trade debt | | | | $37,468.42 |
| GreyStone Fannie Mae | | | | $3,699,431.00 | $0.00 | $3,699,431.00 |
| Greystone Servicing Corporation, Inc. PO Box 281163 Atlanta, GA 30384 | | Trade debt | | | | $10,705.50 |
| Greystone/Fannie Mae | | | | $11,440,831.00 | $0.00 | $11,440,831.00 |
| Greystone/Fannie Mae | | 300 East 18th StreetSioux Falls, SD | | $10,002,164.00 | $8,900,000.00 | $1,102,164.00 |
| GreyStone/Fannie Mae | | | | $4,932,574.00 | $0.00 | $4,932,574.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   Tzadik Sioux Falls I, LLC                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Madison Lawn Care of Sioux Falls, Inc. PO Box 89225 Sioux Falls, SD 52109 | | Trade debt | | | | $32,235.49 |
| MidAmerican Energy Company - UM PO Box 8020 Davenport, IA 52808 | | Trade debt | | | | $37,190.39 |
| Oakridge Nursery and Landscaping Inc PO Box 200 Brandon, SD 57005 | | Trade debt | | | | $26,740.37 |
| Plunkett's Pest Control, Inc. 40 52nd Way Northeast Minneapolis, MN 55421 | | Trade debt | | | | $13,779.40 |
| Reynolds Construction Management 4402 S Technology Dr Sioux Falls, SD 57106 | | Trade debt | | | | $22,705.37 |
| Sioux Falls Utilities - UM 224 West 9th Street Sioux Falls, SD 57117 | | Business Operations | | | | $44,257.41 |
| Stealth Monitoring Inc. 15182 Marsh Lane Addison, TX 75001 | | Trade debt | | | | $7,737.52 |
| Waste Solution Services 26 Columbia Ave. Cedarhurst, NY 11516 | | Trade debt | | | | $6,228.50 |
| Xcel Energy - UM PO Box 9477 Minneapolis, MN 55484 | | Trade debt | | | | $6,613.62 |
| Xtreme Cleaning Services 311 E Norton Ave Salem, SD 57058 | | Trade debt | | | | $9,887.61 |

Official form 204           Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims           page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Tzadik Sioux Falls I, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ 44,067,440.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ 0.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ 44,067,440.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............... $ 30,075,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........... +$ 395,820.58

4. **Total liabilities**
   Lines 2 + 3a + 3b .......................................................................... $ 30,470,820.58

# United States Bankruptcy Court
## Southern District of Florida

In re: Tzadik Sioux Falls I, LLC
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 5/13/25

Adam Hendry/Authorized Agent
Signer/Title

605 Painting, LLC
46960 100th St
Tea, SD 57064

ANC Cleaning LLC
801 S. Beta Pl
Sioux Falls, SD 57106

Aqua Green Carpet Clean
3632 E. Chatham St
Sioux Falls, SD 57108

Breit & Boomsma, P.C.
606 E. Tan Tara Circle
Sioux Falls, SD 57108

Brooks Construction Services, Inc
27081 Sundowner Ave
Sioux Falls, SD 57106

City Glass & Glazing, Inc.
5003 W. 12th Street
Sioux Falls, SD 57106

Conservice LLC
P.O. BOX 1500
Hemet, CA 92546

Express Services, Inc.
434 S. Kiwanis Ave. | Suite 2 |
Sioux Falls, SD 57104

Extremely Clean LLC
205 River Oak Street
Brandon, SD 57005

GreyStone Fannie Mae

Greystone Servicing Corporation, Inc.
PO Box 281163
Atlanta, GA 30384

Greystone/Fannie Mae

GreyStone/Fannie Mae

GreyStone/Fannie Mae

Hander Inc.
2407 W 5th Street
Sioux Falls, SD 57104

Madison Lawn Care of Sioux Falls, Inc.
PO Box 89225
Sioux Falls, SD 52109

MidAmerican Energy Company - UM
PO Box 8020
Davenport, IA 52808

Norberg Paints Inc.
326 E 14th Street
Sioux Falls, SD 57104

Oakridge Nursery and Landscaping Inc
PO Box 200
Brandon, SD 57005

Plunkett's Pest Control, Inc.
40 52nd Way Northeast
Minneapolis, MN 55421

RentPath Holdings, Inc., dba Apartment G

Reynolds Construction Management
4402 S Technology Dr
Sioux Falls, SD 57106

Sioux Falls Utilities - UM
224 West 9th Street
Sioux Falls, SD 57117

Stealth Monitoring Inc.
15182 Marsh Lane
Addison, TX 75001

Tzadik Management Group, LLC
224 West 9th Street
Sioux Falls, SD 57117

Tzadik Sioux Falls Portfolio I
19495 Biscayne Blvd
Miami, FL 33180

Waste Solution Services
26 Columbia Ave.
Cedarhurst, NY 11516

Xcel Energy - UM
PO Box 9477
Minneapolis, MN 55484

Xtreme Cleaning Services
311 E Norton Ave
Salem, SD 57058

**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

In Re:
Tzadik Sioux Falls I, LLC

Case Number
Chapter 11

Debtor(s) /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

- ☐ Application by Individual Debtor to Pay Filing Fee in Installments
- ☒ Voluntary petition signed by me on _____
- ☐ Schedules signed by me on _____
- ☐ Statement of Financial Affairs signed by me on _____
- ☐ Statement of Social Security Number(s) signed by me on _____
- ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on _____

- ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
- ☐ Amended voluntary petition signed by me on _____
- ☐ Amended schedules signed by me on _____
- ☐ Amended Statement of Financial Affairs signed by me on _____
- ☐ Amended Statement of Social Security Number(s) signed by me on _____
- ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____

I, ___Adam Hendry___, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

*/s/ Adam Hendry*
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

**Signature of Joint Debtor (if applicable)**

Adam Hendry
**Print or Type Name (and title if applicable)**

**Print Name**

Morgan B. Edelboim
**Print or Type Name of Attorney for Debtor**

**Phone:**

LF-11 (rev. 03/06/12)
Software Copyright (c) 1996-2025 Best Case, LLC    - www.bestcase.com

Best Case Bankruptcy