

ORDERED in the Southern District of Florida on May 16, 2025.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| In re: | Chapter 11 |
| TZADIK SIOUX FALLS PORTFOLIO I, LLC | Case Nos. 25-13865-PDR |
| TMG 2, LLC | 25-13867-PDR |
| GARDEN VILLAS APARTMENTS, LLC | 25-13868-PDR |
| TZADIK HIDDEN HILLS APARTMENTS, LLC | 25-13884-PDR |
| TZADIK RAPID CITY PORTFOLIO I LLC | 25-14655-PDR |
| TZADIK SIOUX FALLS I, LLC | 25-15329-PDR |
| TZADIK SIOUX FALLS PORTFOLIO III, LLC | 25-15387-PDR |
| | Lead Case No. 25-13865-PDR |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

**ORDER GRANTING *EX PARTE* MOTION FOR JOINT ADMINISTRATION WITH TZADIK SIOUX FALLS PORTFOLIO I, LLC, GARDEN VILLAS APARTMENTS, LLC, TZADIK HIDDEN HILLS APARTMENTS LLC, TMG 2, LLC, TZADIK RAPID CITY PORTFOLIO I LLC, AND TZADIK SIOUX FALLS PORTFOLIO III, LLC**

**THIS MATTER** came before the Court upon the *Ex Parte Motion For Joint Administration With Tzadik Sioux Falls Portfolio I, LLC, Garden Villas Apartments, LLC, Tzadik Hidden Hills Apartments, LLC, TMG 2 LLC, Tzadik Rapid City Portfolio I LLC, and Tzadik Sioux Falls Portfolio*

*III LLC* [ECF #10] (the "Motion"),

☒ ex parte or ;

☐ at a hearing on _____

on a motion filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(A)(2).

The cases identified in the caption of this order are pending in this Court by a debtor and affiliates. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1.

Accordingly, it is **ORDERED** as follows:

1. The Motion is **Granted.**

1. These cases shall be jointly administered. Case No. 25-13865-PDR is designated the "lead case".

2. A single case docket and court file will be maintained hereafter under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

4. The debtor-in-possession will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

###

<u>Submitted by: Olivia A. Webb</u>

**EDELBOIM LIEBERMAN PLLC**
2875 NE 191st Street
Penthouse One
Miami, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114
Email: olivia@elrolaw.com

Olivia A. Webb, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court conforming with Local Rule 2002-1(F).